# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156874(46)


STEPHEN SKALNEK, and SKALNEK
FORD, INC.,
          Plaintiffs-Appellees,

v

RICHARD SKALNEK, and CLEAN
CARS COMPANY, INC.,
          Defendants-Appellants,
and

CLEAN CARS FINANCE COMPANY, INC.,
          Defendant.
_____/

SC: 156874
COA: 333085
Oakland CC: 2016-152352-CB

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply submitted on February 13, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 16, 2018         

                                    Clerk